```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17123
    CELINE ANDREWS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-8818


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2007 and was not confirmed.

     The case was dismissed without confirmation 03/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED VEHIC    9964.27            .00          1366.52
EMC MORTGAGE              CURRENT MORTG        .00            .00              .00
EMC MORTGAGE              MORTGAGE ARRE        .00            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY         8526.18            .00              .00
HSBC NEVADA               UNSEC W/INTER  NOT FILED            .00              .00
CITI CARDS                UNSEC W/INTER  NOT FILED            .00              .00
DR GEORGE M DEMKO         UNSEC W/INTER     120.00            .00              .00
NICOR GAS                 UNSEC W/INTER    2692.04            .00              .00
PROFESSIONAL FINANCE      UNSEC W/INTER     792.39            .00              .00
AMERICAN EXPRESS CENTURI  UNSEC W/INTER    2122.00            .00              .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     829.90            .00              .00
ALLEGRO ACCEPTANCE        SECURED          2237.62            .00           149.16
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER      57.20            .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY          277.81            .00              .00
LVNV FUNDING LLC          UNSEC W/INTER    2527.18            .00              .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     522.14            .00              .00
UMLI HOME VEST CAPITAL    CURRENT MORTG        .00            .00              .00
UMLI HOME VEST CAPITAL    MORTGAGE ARRE    9725.89            .00              .00
GE CONSUMER FINANCE       UNSEC W/INTER    2000.00            .00              .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    4000.00            .00              .00
INTERNAL REVENUE SERVICE  SECURED NOT I    5526.09            .00              .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,373.00                       1,729.14
TOM VAUGHN                TRUSTEE                                           258.74
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 3,503.56

PRIORITY                                            .00
SECURED                                         1,515.68
UNSECURED                                           .00
ADMINISTRATIVE                                  1,729.14

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17123 CELINE ANDREWS
```

```
TRUSTEE COMPENSATION                                     258.74
DEBTOR REFUND                                               .00
                                       ----------------  ----------------
TOTALS                                        3,503.56          3,503.56
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 06/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```